1  CHRISTOPHER J. BOMAN, Bar No. 198798
   cboman@laborlawyers.com
2  SHAUN J. VOIGT, Bar No. 265721
   svoigt@laborlawyers.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone (949) 851-2424
5  Facsimile (949) 851-0152

6  Attorneys for Defendant
   GENESIS LOGISTICS, INC.
7

8  JAY R. STRAUSS, ESQ., Bar No. 58409
   jrs@wintonstrauss.com
9  DAVID C. WINTON, ESQ., Bar No. 152417
   dcw@wintonstrauss.com
10 WINTON STRAUSS LAW GROUP
   2 Ranch Drive, Suite 8
11 Novato, CA 94945
   Telephone (855) 576-1776
12 Facsimile (855) 576-1776

13 Attorneys for Plaintiff
   DERRICK WELCH
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18 DERRICK WELCH,                    Case No. 4:13-CV-05465-EMC

19                                   *[Removed from Alameda Superior
                         Plaintiff,  Court  Case No.: RG 13701538]*
20      vs.
                                     STIPULATION AND [PR~~OPOSED~~]
21 GENESIS LOGISTICS, INC., and      ORDER SELECTING ADR PROCESS
   DOES 1 through 20,
22
                        Defendants.
23

24 ─────────────────────────────

25

26

27

28

─────────────────────────────────────────────────────────
        STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

■ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

■ other requested deadline: July 1, 2014

Date: February 5, 2014   FISHER & PHILLIPS LLP

By: _____
CHRISTOPHER J. BOMAN
SHAUN J. VOIGT
Attorneys for Defendant
GENESIS LOGISTICS, INC.

Date: February 5, 2014   WINTON STRAUSS LAW GROUP

By: _____
JAY R. STRAUSS
DAVID C. WINTON
Attorneys for Plaintiff,
DERRICK WELCH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Error! Unknown document property name.

1       **[P~~ROPO~~SED] ORDER**

2       ☒       The parties' stipulation is adopted and IT IS SO ORDERED.

3       ☐       The parties' stipulation is modified as follows, and IT IS SO

4    ORDERED. _____

5    _____

6    _____

7    _____

8    _____.

9                    2/10/14

10   Date:   _____        _____

11                                          HON. EDWARD M. CHEN
                                            UNITED STATES DISTRICT JUDGE

12

13                                          IT IS SO ORDERED

14                                          Judge Edward M. Chen

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On **February 5, 2014,** I served the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS,** , on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services, LLC, whose business address is 404 W. 4th Street, Suite B, Santa Ana, CA 92701.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 5, 2014** at Irvine California.

Sherry L. Harper
_____
Print Name

By: _____
(Signature)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MAILING LIST
*Derrick Welch v. Genesis Logistics, Inc.*
USDC Northern District case no. 4:13-CV-05465-EMC

| | |
|---|---|
| Jay R. Strauss, Esq.<br>David C. Winton, Esq.<br>WINTON STRAUSS LAW GROUP<br>2 Ranch Drive, Suite 8<br>Novato, CA 94945<br>(855) 576-1776 ext 101 Fax: (855) 576-1776 | Attorney for Plaintiff,<br>DERRICK WELCH |

CERTIFICATE OF SERVICE

Error! Unknown document property name.