1  CHRISTOPHER J. BOMAN, Bar No. 198798
   cboman@laborlawyers.com
2  SHAUN J. VOIGT, Bar No. 265721
   svoigt@laborlawyers.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone (949) 851-2424
5  Facsimile (949) 851-0152

6  Attorneys for Defendant
   GENESIS LOGISTICS, INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DERRICK WELCH, | Case No. 4:13-CV-05465-EMC |
| 12                     Plaintiff, | *[Removed from Alameda Superior Court  Case No.: RG 13701538]* |
| 13       vs. | [PROPOSED] ORDER RE: JOINT STATUS REPORT AND JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE AND POST-MEDIATION CASE MANAGEMENT CONFERENCE |
| 14  GENESIS LOGISTICS, INC., and DOES 1 through 20, | |
| 15                     Defendants. | |

[PROPOSED] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WELCH,<br><br>            Plaintiff,<br><br>    vs.<br><br>GENESIS LOGISTICS, INC., and DOES 1 through 20,<br><br>            Defendants. | Case No. 4:13-CV-05465-EMC<br><br>*[Removed from Alameda Superior Court  Case No.: RG 13701538]*<br><br>[PROPOSED] ORDER RE: JOINT STATUS REPORT AND JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE AND POST-MEDIATION CASE MANAGEMENT CONFERENCE |

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties' Joint Stipulation to Continue Mediation Completion Deadline and Post-Mediation CMC is the ORDER of this Court, and the mediation completion deadline is hereby continued from July 1, 2014 to October 1, 2014, and the post-mediation CMC is hereby continued from July 10, 2014 to October 16, 2014 at 10:30 a.m.

*[handwritten: Parties may stipulate to extend discovery deadlines and may continue last day to hear dispositive motions to no later than January 22, 2015]*

IT IS SO ORDERED.

DATED: 7/7/14

HON. EDWARD M. CHEN

2
[PROPOSED] ORDER